UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DAVID GRACE
a/k/a "Toast"
and BRANDIN LEARSON

CRIMINAL

NO. 08-2-A

### NOTICE TO COUNSEL

**Re-arraignment** as to the above named defendants is hereby scheduled for Thursday, June 19, 2008 at 1:30 p.m. before **Judge John V. Parker,** Russell B. Long Federal Building, 777 Florida St., Baton Rouge, Louisiana, **courtroom one**.

Baton Rouge, Louisiana, June 16, 2008.

JOHN V. PARKER, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA